46 So.2d 867

**Pete (alias Peat) STRICKLAND v. STATE.**

6 Div. 901.

Court of Appeals of Alabama.
April 25, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Petit larceny.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Appeal dismissed.

46 So.2d 867

**William David STRICKLAND v. STATE.**

6 Div. 984.

Court of Appeals of Alabama.
April 25, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Obstructing public justice.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

49 So.2d 927

**William B. STRIPLING v. STATE.**

6 Div. 28.

Court of Appeals of Alabama.
Dec. 5, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

PER CURIAM.
Affirmed.

51 So.2d 918

**Robert SUDDUTH v. STATE.**

6 Div. 27.

Court of Appeals of Alabama.
Dec. 19, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

PER CURIAM.
Affirmed.

44 So.2d 923

**Edison Elmer SULLIVAN v. STATE.**

6 Div. 821.

Court of Appeals of Alabama.
Dec. 6, 1949.

Rehearing Denied Jan. 10, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Distilling.

Mize & Spiro, of Tuscaloosa, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

47 So.2d 926

**Bart L. SULLIVAN v. STATE.**

6 Div. 943.

Court of Appeals of Alabama.
May 9, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Nonsupport.

Jack H. McGuire, of Tuscaloosa, for appellant.